UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 21-2110-KK-ADSx | Date: | November 30, 2023 |
| Title: | *Rack Safety Products, LLC v. Double Backstop, Inc. et al* | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On March 23, 2023, plaintiff Rack Safety Products, LLC ("Plaintiff") filed a Third Amended Complaint against defendants Double Backstop, Inc. and Kevin McAuliffe ("Defendants"). ECF Docket No. ("Dkt.") 55. On June 16, 2023, Defendants filed an Answer. Dkt. 62.

On March 7, 2023, the Court issued an Order requiring the parties to participate in a private mediation under the Court-Directed Alternative Dispute Resolution Program no later than October 20, 2023. Dkts. 24, 51. In addition, Plaintiff was ordered to file a Joint Report regarding "the progress of settlement discussions" no later than seven days after the ADR proceeding. Dkt. 24.

Plaintiff was, therefore, required to file the Joint Report no later than October 27, 2023. However, the Court has not received a Joint Report. Plaintiff is therefore in violation of the Court's March 7, 2023 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See FED. R. CIV. P. 41(b). Before dismissing this action, the Court will afford Plaintiff an opportunity to explain its failure to file the Joint Report as directed by the Court's March 7, 2023 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall

have **up to and including December 7, 2023** to respond to this Order.  Plaintiff may discharge this Order to Show Cause by filing the required Joint Report **by December 7, 2023**.

  **Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

  The final pretrial conference currently set for December 8, 2023 is hereby **VACATED** in light of this Order.

  **IT IS SO ORDERED.**